IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clay Corey Hutchinson, ) | No. CIV 05-2451-PHX-EHC (LOA) |
| Plaintiff, ) | ORDER |
| vs. ) | |
| Joseph Arpaio, et al. ) | |
| Defendants, ) | |

Pending before the Court is Magistrate Judge Anderson's Report and Recommendation. (Dkt. 9.) The Magistrate Judge recommends that the matter be dismissed without prejudice for Plaintiff's failure to prosecute and his failure to comply with Court orders pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation.

Accordingly,

**IT IS ORDERED** adopting the Report and Recommendation. (Dkt. 9.) The Complaint is dismissed without prejudice.

DATED this 20th day of September, 2006.

Earl H. Carroll
United States District Judge